**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01650-CV

### IN RE LAURA ANDERSON, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-55058-2011**

## ORDER

Before the Court is relator's November 27, 2013 petition for writ of mandamus. The

Court requests that real party in interest file a response by Monday, December 16, 2013.

/s/     KERRY P. FITZGERALD
            PRESIDING JUSTICE